IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PATRICIA WALSH,**<br>    **Plaintiff,**<br><br>        v.<br><br>**CAROLYN W. COLVIN,**<br>**Acting Commissioner of Social Security**<br>**Administration,**<br>    **Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 15-2550** |

## O R D E R

**AND NOW**, this 8th day of March, 2017, upon consideration of plaintiff's Motion and Request for Review (Document No. 13, filed Sept. 17, 2015), Plaintiff's Brief and Statement of Issues In Support of Request for Review (Document No. 14, filed Sept. 17, 2015), and Defendant's Response to Request for Review of Plaintiff (Document No. 15, filed October 20, 2015), and after review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley dated July 28, 2016 (Document No. 17), Plaintiff's Objections to the Report and Recommendation of the United States Magistrate Judge (Document No. 21, filed Aug. 26, 2016), and Defendant's Response to Plaintiff's Objections to the Report and Recommendation of the Magistrate Judge (Document No. 23, filed Sept. 9, 2016), and the record in this case, for the reasons stated in the accompanying Memorandum dated March 8, 2017, **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Marilyn Heffley dated July 28, 2016 is **APPROVED** and **ADOPTED**;

2. Plaintiff's Objections to the Report and Recommendation of the United States Magistrate Judge are **OVERRULED**;

3. Plaintiff's Motion and Request for Review is **DENIED**; and,

4. **JUDGMENT IS ENTERED IN FAVOR** of defendant, Carolyn W. Colvin, Acting Commissioner of Social Security, and **AGAINST** plaintiff, Patricia Walsh.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** the case **CLOSED**.

BY THE COURT:

/s/ Hon. Jan E. DuBois

‎  DuBOIS, JAN E., J.